IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:20-CV-00137-KDB-DSC

| | |
|---|---|
| PATRICIA HARRIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ORDER |
| C R BARD INCORPORATED, et. al., | ) ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Steven S. Schulte]" (document #31) filed September 10, 2020. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: September 10, 2020

*[signature]*

David S. Cayer
United States Magistrate Judge